UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/1/26___
```

ELMER MORENO,

           Petitioner

-against-

FEDERAL BUREAU OF PRISONS,

           Respondent.

24-CV-2900 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 7, 2026, this action, construed as a habeas corpus action under 28 U.S.C. § 2241, was referred to Magistrate Judge Moses for general pretrial management and for report and recommendation on dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). (Dkt. 12.)

This Court notes that, on August 6, 2024, the Federal Bureau of Prisons filed a memorandum in opposition to petitioner's habeas petition (Dkt. 9), arguing that this case should be dismissed because petitioner failed to exhaust his administrative remedies and because venue in the Southern District of New York is improper. Petitioner's reply was due on **September 5, 2024.** *See* Dkt. 6 at 5. To date, petitioner has not filed any reply.

In light of petitioner's pro se status, the Court hereby EXTENDS petitioner's time to reply to **June 1, 2026**. No further extensions will be granted.

The Clerk of the Court is directed to mail a copy of this Order to the pro se petitioner at the following address, and to update petitioner's address of record accordingly:

Elmer Moreno (93653-280)
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

Dated: New York, New York
       May 1, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**